## Reinard, Appellant, *v.* General Electric Company.

Argued November 15, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John M. Eakin,* for appellant.

*George F. Douglas, Jr.,* with him *Sylvia H. Rambo,* for appellees.

OPINION PER CURIAM, January 4, 1967:
Judgment affirmed.

———

DISSENTING OPINION BY MR. JUSTICE ROBERTS:

In this case the Court affirms the action of the trial court in entering a nonsuit against the decedent's plaintiff on the theory that the decedent was guilty of contributory negligence as a matter of law. I dissent because the record establishes evidence from which the jury could find that the defendant was negligent and the decedent free from contributory negligence.

Mr. Justice MUSMANNO joins in this dissenting opinion.